IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>Defendants. ) | **ORDER STAYING PAYMENT REQUIREMENT** |

The court previously provided notice of its selection and appointment of **RES, LLC** ("RES") to be the recipient of five million dollars ($5,000,000.00) from Duke Energy Carolinas, LLC, and five million dollars ($5,000,000.00) from Duke Energy Progress, Inc., pursuant to provisions contained in Page 5, Paragraph 12 of the Judgments, Paragraph 12A of Exhibit A to the Judgments, and Paragraph 3, Subsection bb of the plea agreements. The total payment to the recipient shall be ten million dollars ($10,000,000.00). Duke Energy Carolinas, LLC, and Duke Energy Progress, Inc., was directed to remit payment to RES within thirty (30) days of entry of the Notice filed September 10, 2015.

Due to the need to resolve various administrative matters, the court hereby stays the order requiring payment until further order of this court.

So ordered, this 8th day of October, 2015

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2

Case 5:15-cr-00068-H   Document 75   Filed 10/08/15   Page 2 of 2