IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>    Defendants. ) | **ORDER** |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated November 30, 2015, which was submitted to this court on November 30, 2015. This invoice covers services rendered by the CAM and expenses of the CAM for the time period of October 1, 2015 through October 31, 2015. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for services in the amount of $159,140.00 and expenses of $7,465.74 for a total invoice of $166,605.74. Defendants are

directed to render payment of $166,605.74 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on November 30, 2015.

This 10TH day of December 2015.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26