IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY BUSINESS SERVICES | ) | **ORDER** |
| LLC; DUKE ENERGY CAROLINAS, | ) | |
| LLC; and DUKE ENERGY | ) | |
| PROGRESS, INC., | ) | |
| Defendants. | ) | |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated June 24, 2016, which was submitted to this court on June 24, 2016. This invoice covers services rendered by the CAM and expenses and disbursements of the CAM for the time period of May 1, 2016 through May 31, 2016. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $122,864.00 plus expenses and disbursements of $98,708.25 for a total invoice of

$221,572.25. Defendants are directed to render payment of $221,572.25 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on June 24, 2016.

This 5TH day of July 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34