IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    v. )<br> )<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>    Defendants. ) | **ORDER** |

    The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated April 30, 2020, which was submitted to this court on May 4, 2020. This invoice covers services rendered by the CAM for the time period of March 2, 2020 through March 31, 2020, and disbursements listed through March 31, 2020. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $62,946.00, plus disbursements of $56,376.60 for a total invoice of $119,322.60. Defendants are directed to render payment of

$119,322.60 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on May 4, 2020.

This 15th day of May 2020.

                                       _____
                                       MALCOLM J. HOWARD
                                       Senior United States District Judge

At Greenville, NC
#35

2

Case 5:15-cr-00068-H   Document 142   Filed 05/15/20   Page 2 of 2