```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION

                   NO. 5:15-CR-62-H
                   NO. 5:15-CR-67-H
                   NO. 5:15-CR-68-H
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    v.                              )<br>  )<br>DUKE ENERGY BUSINESS SERVICES  )<br>LLC; DUKE ENERGY CAROLINAS,   )<br>LLC; and DUKE ENERGY          )<br>PROGRESS, INC.,               )<br>     Defendants.              ) | **ORDER** |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated March 17, 2020, which was submitted to this court on May 12, 2020. This invoice covers services rendered by the CAM for the time period of February 3, 2020 through February 28, 2020, and disbursements. No objections to the invoice have been submitted to the court. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $80,507.50, plus disbursements of $2,269.16 for a total invoice of $82,776.66. Defendants are directed to render payment of $82,776.66 to BEVERIDGE & DIAMOND,

P.C., within 45 days of the electronic submission of this invoice on May 12, 2020.

This 18th day of May 2020.

                                                  _____
                                                  MALCOLM J. HOWARD
                                                  Senior United States District Judge

At Greenville, NC
#35

2

Case 5:15-cr-00068-H   Document 144   Filed 05/19/20   Page 2 of 2